AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, | ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| LYNN FITCH, in her official capacity as Attorney General of Mississippi, | ) ) ) |
| _Defendant(s)_ | ) ) ) |

Civil Action No.  1:24cv160HSO-BWR

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Honorable Lynn Fitch
Attorney General for the State of Mississippi
550 High Street
Jackson, Mississippi 39201


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Cal Mayo, Jr.
Mayo Mallette, PLLC
2094 Old Taylor Road
Suite 200
Oxford, Mississippi 38655
cmayo@mayomallette.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

_CLERK OF COURT_

Date:   5/30/2024

_Signature of Clerk or Deputy Clerk_