IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,**<br><br>*Plaintiff*,<br><br>v.<br><br>**LYNN FITCH, in her official capacity as Attorney General of Mississippi,**<br><br>*Defendant*. | No. 1:24-cv-00160-HSO-BWR |

**Plaintiff Pharmaceutical Research and Manufacturers of America
Rule 7.1 Corporate Disclosure Statement**

Under Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7(c) of the United States District Court for the Southern District of Mississippi, Plaintiff Pharmaceutical Research and Manufacturers of America declares that it has no parent corporation and that no publicly traded corporation owns 10% or more of its stock.

THIS, the 30th day of May 2024.

Respectfully submitted,

**PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA**

*/s/ J. Cal Mayo, Jr.*
J. Cal Mayo (MB NO. 8492)
Mayo Mallette PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Tel: (662) 236-0055
Fax: (662) 236-0035
*cmayo@mayomallette.com*

**Attorney for Plaintiff**