**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA** | **PLAINTIFF** |
| **v.** | **NO. 1:24cv160-HSR-BWR** |
| **LYNN FITCH, in her official capacity as Attorney General of Mississippi** | **DEFENDANT** |

### JOINT MOTION TO STAY PROCEEDINGS

Plaintiff Pharmaceutical Research and Manufacturers of America and Defendant Lynn Fitch, in her official capacity as the Attorney General of Mississippi, move to stay all proceedings in this Court pending final resolution of Plaintiff's appeal of this Court's Memorandum Opinion and Order Denying Motion for Preliminary Injunction [Dkt. 21]. This Court's stay of these proceedings serves the interest of justice and protects efficiencies of time and effort for the Court and the parties. The parties' Joint Memorandum Brief (filed simultaneously) provides the factual and legal basis for the requested relief.

Dated: September 3, 2024

Respectfully submitted,

**PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA**

*/s/ J. Cal Mayo, Jr.*
J. Cal Mayo (MB NO. 8492)
Mayo Mallette PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Tel: (662) 236-0055
Fax: (662) 236-0035
*cmayo@mayomallette.com*
*Attorney for Plaintiff*

**LYNN FITCH, IN HER OFFICIAL CAPACITY
AS ATTORNEY GENERAL OF MISSISSIPPI**

By:    LYNN FITCH, ATTORNEY GENERAL
        STATE OF MISSISSIPPI

        */s/ Rex M. Shannon III*
        REX M. SHANNON III (MB NO. 102974)
        Special Assistant Attorney General
        *Attorney for Defendant*

        JOHN P. SNEED (MB NO. 7652)
        STATE OF MISSISSIPPI
        OFFICE OF THE ATTORNEY GENERAL
        CIVIL LITIGATION DIVISION
        Post Office Box 220
        Jackson, Mississippi 39205-0220