IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA | § § § § § | PLAINTIFF |
| v. | § § § | Civil No. 1:24-cv-160-HSO-BWR |
| LYNN FITCH *in her official capacity as Attorney General of Mississippi* | § § § § § | DEFENDANT |

**ORDER GRANTING JOINT MOTION [27] TO STAY PROCEEDINGS AND ADMINISTRATIVELY CLOSING CASE**

Before the Court is the Joint Motion [27] of Plaintiff Pharmaceutical Research and Manufacturers of America ("Plaintiff") and Defendant Lynn Fitch, in her official capacity as Attorney General of Mississippi ("Defendant"), to stay proceedings in this Court—including discovery—while Plaintiff's appeal of this Court's Memorandum Opinion and Order [21] Denying Motion [7] for Preliminary Injunction is pending.  Good cause having been shown, it is hereby **ORDERED AND ADJUDGED** that, the Joint Motion [27] is **GRANTED**, and proceedings in this Court are **STAYED** pending final resolution of the appeal in *Pharmaceutical Research and Manufacturers of America v. Fitch*, No. 24-60340 (5th Cir., filed July 5, 2024), including any U.S. Supreme Court proceedings regarding this Court's Order [21].

Should the Fifth Circuit or the Supreme Court of the United States reverse, vacate, or otherwise alter any portion of this Court's Order [21], this stay will

1

automatically and immediately dissolve upon issuance of the Fifth Circuit's appellate mandate. Otherwise, the stay shall lift upon further order of this Court following a request by either party.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, in light of the length of time that these proceedings may be stayed with no activity, this case should be **ADMINISTRATIVELY CLOSED** pending resolution of this appeal. Nothing contained in this Order shall be considered a dismissal or disposition of this matter, and the Court retains jurisdiction over the cause of action to allow either party to file a motion to reopen the case for further proceedings.

**SO ORDERED AND ADJUDGED**, this the 4th day of September, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE